IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CHARLES M. DUNCAN,

      Plaintiff,

v.                               No. 15-1006

STRYKER ORTHOPAEDICS,

      Defendant.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING MOTION FOR SUMMARY JUDGMENT AND
DISMISSING CASE
_____

The Plaintiff, Charles M. Duncan, initiated this *pro se* action on January 8, 2015, against Defendant, Stryker Orthopaedics, relating to a hip implant. (Docket Entry ("D.E.") 1.) The Defendant moved for summary judgment on April 2, 2015, asserting that Duncan's claims were barred by the applicable statute of limitations (D.E. 10), to which the Plaintiff responded (D.E. 18). In a report and recommendation entered January 26, 2016, the United States Magistrate Judge recommended that the motion be granted. (D.E. 26.) No objection to the magistrate judge's report and recommendation has been filed and the time for such objection has expired.

Upon careful review of the report and recommendation, the dispositive motion and the relevant materials in the file, the Court finds the recommendation correct in all respects. Accordingly, the report and recommendation is ADOPTED as the order of the Court. As the granting of the motion for summary judgment extinguishes Plaintiff's claims in their entirety, this matter is DISMISSED.

IT IS SO ORDERED this 16th day of February 2016.

s/ J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE